**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| Karen A. Brown | § § | Case No. 22-16685 |
| | § § | Chapter 13 |
| Debtor(s). | § § | |

## OBJECTION TO CHAPTER 13 PLAN

    U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, Secured Creditor by its undersigned counsel, objects to the Chapter 13 Plan as filed as Debtor and for reasons states:

    U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V has a secured claim in the above matter and is in the process of filing a proof of claim for its pre-petition arrears per their Deed of Trust. The Chapter 13 plan does not provide for our client's arrearages.  Total arrearage is $75,744.22.  Furthermore, Debtor's plan is greatly underfunded and is insufficient to pay even half of U.S. Bank's claim.

    WHEREFORE, Movant requests that confirmation of the Debtor's Chapter 13 Plan be denied.

    /s/ Richard J. Rogers
    Richard J. Rogers
    COHN, GOLDBERG & DEUTSCH, LLC
    1099 WINTERSON ROAD, SUITE 301
    LINTHICUM HEIGHTS, MD  21090
    410-296-2550

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January, 2023, a copy of the above Objection to Chapter 13 Plan has been mailed first class mail to:

Karen A. Brown
4047 Timothy Drive
Abingdon, MD 21009
Debtor(s)


And by electronic filing notification CM/ECF to:

And debtor's(s') counsel:

James R. Logan
2419 Maryland Avenue
Baltimore, MD 21218
Counsel to the Debtor(s)


Brian A. Tucci
300 E. Joppa Road Suite 409
Towson, MD 21286
Chapter Trustee

/s/ Richard J. Rogers
Cohn, Goldberg & Deutsch, LLC
1099 Winterson Road, Suite 301
Linthicum Heights, MD  21090
410-296-2550

Attorneys for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V